IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHEKELA JONES FIELDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:19-cv-186-GMB |
| THE HOTEL AT AUBURN | ) |
| UNIVERSITY AND DIXON | ) |
| CONFERENCE CENTER, and | ) |
| LEE STAFFING, INC., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is Plaintiff's Second Amended Complaint. Doc. 13. Under Rule 15 of the Federal Rules of Civil Procedure, plaintiffs are permitted to file one amended complaint without seeking leave of the court or the opposing party. Fed. R. Civ. P. 15(a)(1). Here, Plaintiff filed one amended complaint (Doc. 6) without leave of court pursuant to Rule 15(a)(1)(A). She now has filed a second amended complaint without leave of court. Accordingly, the Clerk of the Court is DIRECTED to STRIKE Plaintiff's Second Amended Complaint (Doc. 13) from the record.

If Plaintiff seeks leave to amend her complaint a second time, she may file a motion, attaching the proposed amended complaint, **no later than May 2, 2019**.

DONE this 25th day of April, 2019.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE