IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SHEKELA JONES FIELDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:19cv186-MHT |
| LEE STAFFING, INC., d/b/a | ) | (WO) |
| Allegiance Staffing, and | ) | |
| ITHAKA HOSPITALITY | ) | |
| PARTNERS AUBURN HUMAN | ) | |
| RESOURCES, LLC, d/b/a The | ) | |
| Hotel at Auburn University | ) | |
| And Dixon Conference | ) | |
| Center, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that the motions to dismiss, motion to stay, and motions to compel arbitration (doc. nos. 21 and 25) are granted to the following extent:

(1) All of plaintiff Shekela Jones Fielder's claims against Lee Staffing, Inc., doing business as

Allegiance Staffing are stayed in this court. Those claims shall proceed to arbitration.

(2) All plaintiff Fielder's claims against Ithaka Hospitality Partners Auburn Human Resources, LLC, doing business as The Hotel at Auburn University and Dixon Conference Center shall proceed to arbitration, including the threshold issue of whether plaintiff Fielder's claims are arbitrable. If the arbitrator determines that plaintiff Fielder's claims are not arbitrable, plaintiff Fielder shall file with the court, within 14 days of the arbitrator's decision, a notice of the decision, and plaintiff Fielder may then return this court and pursue her claims here.

This case is closed administratively in this court.

DONE, this the 27th day of November, 2019.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**